

# MANDATE

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 201ST DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On April 10, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Michelle Pique, Shannon Huggins and Sharon Jorolan v. Jane Nelson in her Official Capacity as Secretary of State for the State of Texas; and Greg Abbott, in his Official Capacity as Governor of the State of Texas

Court of Appeals No. 15-24-00049-CV
Trial Court No. D-1-GN-23-008319

The Court of Appeals entered the following judgment or order:

This cause, an appeal from the judgment in favor of appellee, Jane Nelson in her Official Capacity as Secretary of State for the State of Texas; and Greg Abbott, in his Official Capacity as Governor of the State of Texas, signed, April 30, 2024, was heard on the appellate record. The temporary injunction order is void for lack of jurisdiction. We therefore **DISMISS THE APPEAL FOR LACK OF JURISDICTION**.

We further order that all costs incurred by reason of this appeal be paid by appellants Michelle Pique, Shannon Huggins and Sharon Jorolan.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this September 23, 2025.

CHRISTOPHER A. PRINE, CLERK